UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )  )  3:09-md-02100-DRH  )  )  MDL No. 2100  ) |

**This Document Relates to:**

*Jennifer Love et al v. Bayer Schering Pharma AG et al*          No. 13-cv-10009-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Granting the Motion to Dismiss entered on August 11, 2015, and as all other plaintiffs have been previously dismissed, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
         **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.08.12 10:12:13 -05'00'

APPROVED:
           DISTRICT JUDGE
           U. S. DISTRICT COURT